Henry M. Stone and Clark Noble, Respondents, v. The Cleveland, Cincinnati, Chicago and St. Louis Railway Company, Appellant, Impleaded with The New York, Chicago and St. Louis Railroad Company.— Judgment and order affirmed,

with costs.   All concurred, except Spring, J., who dissented, upon the ground that the contract for shipment was made with the Cincinnati Northern R. R. Co,, and there is no evidence to show that such railroad is a part of the system of the C., C., C. & St. L. R.  Co.